IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HAROLD HARRIS,

Plaintiff,

v.

T'ZIAH THOMAS, BULLARD LOGISTICS, LLC, AMAZON LOGISTICS, INC., AMERICAN AUTOMOBILE INSURANCE COMPANY, AND AMERICAN AUTOMOBILE INSURANCE COMPANY,

Defendants.

CIVIL ACTION
FILE NO.: 1:25-cv-00095-VMC

**AMAZON LOGISTICS, INC.'S INITIAL DISCLOSURES**

COMES NOW Amazon Logistics, Inc., a named defendant in the above-styled action, and pursuant to Fed. R. Civ. P. 26 and Appendix B to the Local Rules for the Northern District of Georgia, hereby files their Initial Disclosures, showing the Court as follows:

1) If the defendants are improperly identified, state defendants' correct identification and state whether defendant(s) will accept service of an amended

summons and complaint reflecting the information furnished in this disclosure response.

**RESPONSE: Defendant is properly identified insofar as the name is concerned.**

2) Provide the names of any parties whom defendants contend are necessary parties to this action, but who have not been named by plaintiff. If defendants contend that there is a question of misjoinder of parties, provide the reasons for defendants' contention.

**RESPONSE: Defendant is not aware of any parties which are not already named.**

3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.

**RESPONSE: Defendant has not made any counterclaims or crossclaims against any party. Defendant contends they are not liable to Plaintiff as no duty has been breached. By way of further response, Defendant contends Plaintiff has failed to state a claim upon which relief can be granted and Defendant has filed a motion to dismiss. Defendant further contends that Plaintiff is not entitled to punitive damages or attorneys' fees as alleged in his Fourth Amended Complaint.**

4) Describe in detail all statutes, codes, regulations, legal principles, standards, and customs or usages, and illustrative case law which defendants contend are applicable to this action.

**RESPONSE:**

a) **Negligence;**
b) **O.C.G.A. § 51-1-2 (ordinary negligence);**
c) **O.C.G.A. § 51-12-33 (comparative negligence and apportionment)**

5) Provide the name, and if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE: Please see attached Exhibit A attached hereto.**

6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that Rule.

**RESPONSE: Defendant has not yet determined whether any expert witness will testify on their behalf at trial in this matter and will supplement this response as required under Federal Rules of Civil Procedure. Amazon anticipates experts may be necessary to testify at trial pending investigation into Plaintiff's alleged injuries and damages, discovery regarding forensic evidence related to**

**video footage of the crash, and/or in rebuttal to any experts identified by Plaintiff**

7) Provide a copy of, or description by category and location of, all documents, data compilation, or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.

**RESPONSE: Please see Exhibit B attached hereto.**

8) Provide a computation of any category of damages claimed by you.

**RESPONSE: None.**

9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis for such liability.

**RESPONSE: Defendant does not make any such contention at this time.**

10) Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment.

**RESPONSE: Upon information and belief, Bullard Logistics, LLC, was insured, in accordance with applicable law, by Allianz Insurance Co. Responding further, Amazon also is covered through its own insurance program, the scope of which is not relevant here given the nature of the facts and claims at issue in this litigation.**

Respectfully submitted this 1st day of April 2025.

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**

*/s/ R. Dal Burton*
R. Dal Burton
Georgia Bar No. 097890
Marvis L. Jenkins
Georgia Bar No. 910827
Counsel for Amazon Logistics, Inc.

3348 Peachtree Road, N.E.
Suite 1400
Atlanta, Georgia 30326
470-419-6650 (Main)
470-419-6651 (Fax)\
dal.burton@wilsonelser.com
marvis.jenkins@wilsonelser.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing pleading via the Court's electronic filing system which will send electronic notification of such filing to counsel of record as follows:

| | |
|---|---|
| Harold Harris<br>9950 West Tropicana Avenue<br>No. 3104<br>Las Vegas, Nevada 89147-8551<br>haroldharris2025@gmail.com | Thomas O. Sippel, Esq.<br>Ethany L. Ramsammy, Esq.<br>McAngus, Goudelock & Courie, LLC<br>270 Peachtree Street, NW – Suite 1800<br>Atlanta, Georgia 30303<br>tom.sippel@mcglaw.com<br>ethan.ramsammy@mcglaw.com |

Respectfully submitted this 1st day of April 2025.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ R. Dal Burton* ________________
R. Dal Burton
Georgia Bar No. 097890
Marvis L. Jenkins
Georgia Bar No. 910827
*Counsel for Amazon Logistics, Inc.*

3348 Peachtree Road, N.E.
Suite 1400
Atlanta, Georgia 30326
470-419-6650 (Main)
470-419-6651 (Fax)\
dal.burton@wilsonelser.com
marvis.jenkins@wilsonelser.com

# **EXHIBIT A**

## Witness List

1) Harold Harris;

2) Tyrone Hill;

3) T'Ziah Thomas;

4) Marottney Green;

5) Majid Amin;

6) Officer J. P. Smith of the Sandy Springs Police Department;

7) Any first responders which arrived at the scene of the alleged incident;

8) Any medical provider for Harold Harris;

9) A business representative of any of the named Defendant entities;

Defendant reserves the right to supplement this list as discovery is ongoing.

# EXHIBIT B

## Evidence List

1) Any and all documents and things related to the investigation of this accident, including the police report, body worn camera footage, and any audio/visual depictions of the vehicles involved in the accident;
2) Any documents produced by any party or non-party in discovery; and
3) Pleadings from any party.

Defendant reserves the right to supplement this list as discovery is ongoing.