FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 21 2025
KEVIN P WEIMER, Clerk
By: Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **HARROLD HARRIS,**<br>Plaintiff,<br>v.<br>**T'ZIAH THOMAS,**<br>**BULLARD LOGISTICS, LLC, and**<br>**AMAZON LOGISTICS, INC.,**<br>Defendants. | CIVIL ACTION<br>FILE NO: 1:25-cv-00095-VMC<br>**Hon. Judge Victoria M. Calvert** |

**<u>NOTICE OF MANUAL FILING OF EXHIBITS</u>**

**IN SUPPORT OF PLAINTIFF'S PARTIAL MOTION FOR DEFAULT JUDGMENT DUE TO SPOLIATION OF EVIDENCE AND DISCOVERY VIOLATIONS UNDER FED. R. CIV. P. 37(b) AND 37(e)**

Plaintiff Harold Harris, appearing pro se, hereby notifies the Court and all parties that the exhibits listed below are being filed manually with the Clerk of Court in support of his Partial Motion for Default Judgment due to Spoliation of Evidence and Discovery Violations, pursuant to Federal Rule of Civil Procedure 5(d), Rule 37(b) and 37(e), and Local Rules of the Northern District of Georgia.

Due to their size, format, and media type—including PDF documents, images, and video files—the following exhibits are not suitable for electronic filing and will be made available for the Court's review through manual submission.

## EXHIBIT INDEX

| Exhibit No. | Description |
|---|---|
| **A-1** | First Set of Interrogatories |
| **A-2** | Thomas's ROG-RPD Responses (07/19/23) |
| **A-3** | 04/25/24 Order on Plaintiff's Motion to Compel |
| **A-4** | 05/06/24 – Amazon's Supplemental Responses to Discovery |
| **A-5** | 05/06/24 – Amazon's Supplemental ROG-RPD Responses |
| **A-6** | 05/06/24 – Amazon's Supplemental RPD Responses |
| **A-7** | 05/06/24 – Bullard Logistics 2nd Supp. Responses to Plaintiff's 1st ROGs & RPDs |
| **A-8** | Answers to Plaintiff's Interrogatories |
| **B-1** | "How the Driver-i System Works" (Document 1) |
| **B-2** | Investigating Officer's Bodycam Footage |

| Exhibit No. | Description |
|---|---|
| **B-3** | Altered Video Clip |
| **B-4** | "Driver-i System's Capabilities" |
| **B-5** | "Establishing Causality" |
| **B-6** | "How Driver-i Camera System Helps to Show Liability" |
| **B-7** | "Detecting Causality of Alerts" |
| **C-1** | First Time Altered Video Shown (Screen Capture) |
| **C-2** | Second Time Altered Video Shown (Screen Capture) |
| **C-3** | Additional Screen Capture of Altered Video |
| **C-4** | Image: Amazon Branded Vehicle Involved in Accident |
| **C-5** | Image: Mr. Tyrone Hill Attended by EMS Worker |
| **C-6** | Screenshot: Netradyne Alerts Dashboard |
| **E-1** | Police Incident Report |
| **E-2** | Forensic Report, *Harris v. Amazon* |
| **F-1** | Audio/Transcript: April 22nd Motion to Compel Hearing |
| **F-2** | Transcript: November 19, 2024 30(b)(6) – Lakeya Bullard |
| **G-1** | Image: Bullard Vehicle Damage (same as C-4) |
| **G-2** | Image: Plaintiff Passenger (same as C-5) |
| **G-3** | Repair Documents |
| **G-4** | T. Thomas – Termination Documents |
| **G-5** | T. Thomas – Written Reprimands |
| **H-1** | 04/14/2025 – Amazon's Response to Plaintiff's 1st RPDs |
| **H-2** | AMADEF 00869 – AMADEF 00918: CONFIDENTIAL – "Day 02_04_On-Road Safety_102621" (This document will be submitted after Court grants permission due to it's confidential labeling.) |

These exhibits are properly labeled and organized for submission in digital format. Plaintiff respectfully requests that the Court review these materials in support of the pending motion.

Respectfully submitted this 16th day of April, 2025.

Harold Harris
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a true and correct copy of the foregoing NOTICE OF MANUAL FILING OF EXHIBITS upon all parties via US Postal Service and electronic mail service addressed to their counsel of record.

Thomas O. Sippel, Esq.
Ethan L. Ramsammy, Esq.
McAngus Goudelock & Courie, LLC
P.O. Box 57365
270 Peachtree Street, N.W., Suite 1800
Atlanta, GA 30343
Counsel for:
T'Ziah Thomas
Bullard Logistics, LLC.
Tom.Sippel@mgclaw.com
Ethan.Ramsammy@mgclaw.com

R. Dal Burton, Esq.
Anna H. Wyatt, Esq.
Marvis Jenkins, Esq.
Wilson Elser Moskowitz Edelman & Dicker
3348 Peachtree Road, N.E., Suite 1400
Atlanta, GA 30326
Counsel for:
Amazon Logistics, Inc.

Dal.Burton@wilsonelser.com
Anna.Wyatt@wilsonelser.com
Marvis.Jenkins@wilsonelser.com

This 16th day of April, 2025.

Pro Se Plaintiff

Harold Harris
Pro Se Plaintiff
9950 W. Tropicana Avenue
#3104
Las Vegas, Nevada, 89147
Phone: (404) 840-6654
(404) 709-6361
Haroldharris2025@gmail.com