FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 23 2025

KEVIN P WEIMER, Clerk
By: Matthew H Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **HAROLD HARRIS,** Plaintiff, | CIVIL ACTION |
| v. | FILE NO: 1:25-cv-00095-VMC |
| **T'ZIAH THOMAS, et.al** Defendants. | Hon. Judge Victoria M. Calvert |

**PLAINTIFF'S INITIAL DISCLOSURES**

COMES NOW Plaintiff Harold Harris, pursuant to Federal Rule of Civil Procedure 26(a)(1) and Appendix B of the Local Rules of the United States District Court for the Northern District of Georgia, hereby makes the following Initial Disclosures:

(1) Correct Identification of Parties:

**Response: Plaintiff is correctly identified.**

(2) Necessary Parties:

**Response: Plaintiff does not currently contend that any additional parties are necessary to this action beyond those already named.**

(3) Factual Basis of Claims:

**Response: Plaintiff asserts claims arising from a motor vehicle collision that occurred on October 8, 2022, and subsequent acts of fraud, spoliation of evidence, obstruction of justice, and discovery violations committed by Defendants and their agents. Plaintiff contends that Defendants failed to preserve critical dashcam and EDR ("black box") evidence, altered video evidence, engaged in insurance fraud and wire fraud, and obstructed the fair administration of justice. Plaintiff seeks compensatory damages, punitive damages, treble damages, litigation expenses, and other appropriate relief.**

(4) Applicable Legal Standards:

**Response: Plaintiff identifies the following statutes, codes, and legal principles as applicable:**

1) **Negligence - O.C.G.A. § 40-6-120; O.C.G.A. § 40-6-123;**
2) **Negligence - O.C.G.A. § 51-12-33; O.C.G.A. § 51-1-12;**
3) **Spoliation of Evidence**
4) **Fraud - O.C.G.A. § 51-6-1 – Willful misrepresentation of a material fact, O.C.G.A. § 51-6-2 – Fraud by silence/concealment; O.C.G.A. § 16-10-94**
5) **Civil Conspiracy - O.C.G.A. § 51-12-30**
6) **Punitive Damages (O.C.G.A. § 51-12-5.1)**
7) **Wire Fraud (18 U.S.C. § 1343)**
8) **Insurance Fraud (O.C.G.A. § 33-1-9), Civil RICO (O.C.G.A. § 16-14-6(c))**

**9) Obstruction of Justice (18 U.S.C. §§ 1503, 1512)**

**10) Georgia RICO Statutes (O.C.G.A. § 16-14-1 et seq.)**

**Plaintiff reserves the right to supplement this list as discovery is ongoing.**

(5) Provide the name, and if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**Response: Please see attached Exhibit A attached hereto.**

(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that Rule.

**Response: Plaintiff anticipates identifying expert witnesses under Fed. R. Evid. 702, 703, or 705, including but not limited to:**

**Fraud Experts to be identified as discovery progress;**

**David Notowitz - Forensic Audio/Video Analysts; and**

**Dr. Scott Barbour - Medical Experts**

(7) Documents and ESI:

**Response: Please see Exhibit B attached hereto.**

(8) Computation of Damages:

Plaintiff seeks the following categories of damages:

**Response:**

**Medical expenses (past and future);**

**Lost earning capacity;**

**Pain and suffering;**

**Emotional distress;**

**Punitive damages;**

**Treble damages under applicable statutes; and**

**Litigation expenses, including attorney's fees if later represented.**

**Plaintiff's total claim exceeds $110,000,000.00, reflecting compensatory and punitive damages based on Plaintiff injuries, pain and suffering, Intentional Infliction of Emotional Distress, as well as Defendants' alleged fraudulent and obstructive conduct. A detailed computation will be supplemented as discovery progresses.**

(9) Parties Who May Be Liable:

**Response: At this time, Plaintiff asserts liability against:**

**T'Ziah Thomas;**

**Bullard Logistics, LLC; and**

**Amazon Logistics, Inc.**

**Further parties may be identified as discovery proceeds.**

(10) Insurance:

**Response: At the time of the accident, Plaintiff was insured, in accordance with applicable law, by Progressive Casualty Insurance Company.**

Respectfully submitted this 21st day of April, 2025.

/s/ Harold Harris
Harold Harris
Pro Se Plaintiff
9950 W. Tropicana Avenue, 3104
Las Vegas, NV 89147
(404) 840-6654
(404) 709-6361
haroldharris2025@gmail.com

## Exhibit A

**Witness List**

1) Harold Harris (Plaintiff) – Driver of Plaintiffs vehicle
2) T'Ziah Thomas (Defendant) – Driver of delivery vehicle; collision details.
3) Tyrone Hill – Passenger and witness to collision.
4) Marrotney Green – Employee/agent related to Bullard Logistics (Creator of fraudulent video).
5) Majid Amin – Employee/agent related to Bullard Logistics.
6) Officer J. P. Smith (Sandy Springs Police Department) – Investigating officer.
7) Medical Providers for Harold Harris – Treatment and diagnosis.
8) Corporate Representatives of Amazon Logistics, Inc.
9) Jermaine Bullard of Bullard Logistics, LLC.
10) Computer Forensic Experts to be identified as discovery progress.
11) Other experts related to causation, liability, fraud, and damages to be identified as discovery progress.

Plaintiff reserves the right to supplement this list as discovery is ongoing.

# EXHIBIT B

## Evidence List

1) Any and all documents and things related to the investigation of this accident, including the police report, body worn camera footage, and any audio/visual depictions of the vehicles involved in the accident;

2) Any documents produced by any party or non-party in discovery; and

3) Pleadings from any party.

Plaintiff reserves the right to supplement this list as discovery is ongoing.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a true and correct copy of the foregoing PLAINTIFF'S INITIAL DISCLOSURES and PRELIMINARY REPORT AND DISCOVERY PLAN upon all parties via electronic mail service addressed to their counsel of record.

Thomas O. Sippel, Esq.
Ethan L. Ramsammy, Esq.
McAngus Goudelock & Courie, LLC
P.O. Box 57365
270 Peachtree Street, N.W., Suite 1800
Atlanta, GA 30343
Counsel for:
T'Ziah Thomas
Bullard Logistics, LLC.
Tom.Sippel@mgclaw.com
Ethan.Ramsammy@mgclaw.com

R. Dal Burton, Esq.
Anna H. Wyatt, Esq.
Marvis Jenkins, Esq.
Wilson Elser Moskowitz Edelman & Dicker
3348 Peachtree Road, N.E., Suite 1400
Atlanta, GA 30326
Counsel for:
Amazon Logistics, Inc.

Dal.Burton@wilsonelser.com
Anna.Wyatt@wilsonelser.com
Marvis.Jenkins@wilsonelser.com

This 21st day of April, 2025.

*/s/ Harold Harris*
Pro Se Plaintiff

Harold Harris
Pro Se Plaintiff
9950 W. Tropicana Avenue
#3104
Las Vegas, Nevada, 89147
Phone: (404) 840-6654
(404) 709-6361
Haroldharris2025@gmail.com