RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 23 2025
KEVIN P. WEIMER, Clerk
By: Matthew Deputy Clerk

## Note To Clerk of Court

This envelope contains two filings for civil case: Civil Action No.: 1:25-cv-00095-VMC

1. Plaintiff's Initial Disclosure
2. Plaintiff's Preliminary Report and Discovery Plan

Respectfully,

Harold Harris
Pro Se Plaintiff