IN THE FEDERAL COURT NORTHERN DISTRICT
STATE OF GEORGIA

HAROLD HARRIS,

       Plaintiff,

    v.

T'ZIAH THOMAS, BULLARD
LOGISTICS, LLC., AND AMAZON
LOGISTICS, INC.,

       Defendants.

Civil Action No. 1:25-CV-00095-VMC

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the following:

1. ***Defendants' Offer of Settlement to Plaintiff Pursuant to O.C.G.A. § 9-11-68***

upon all parties to this matter by certified mail addressed as follows:

> **Via Certified Mail Return Receipt No.: 9489 0090 0027 6724 9822 08**
> Harold Harris
> 9950 W. Tropicana Avenue, #3104
> Las Vegas, NV 89147
> *Pro Se* Plaintiff
>
> Robert Dal Burton, Esq.
> Marvis L. Jenkins, Esq.

Dylan Annis, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
3348 Peachtree Road, N.E.
Suite 1400
Atlanta, GA 30326
*Counsel for Defendant Amazon Logistics, Inc.*

This the 12th day of August, 2026.

MCANGUS    GOUDELOCK    &    COURIE,
LLC

JASON D. HERGENROETHER (GA Bar
No. 348323)
jason.hergenroether@mgclaw.com
ERIN P. MCGONIGLE (GA Bar No.
201259)
erin.mcgonigle@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800
(30303)
Atlanta, Georgia 30343
(678) 510-1439

2