**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**HAROLD HARRIS,**

**Plaintiff,**

**v.**

**T'ZIAH THOMAS,**
**BULLARD LOGISTICS, LLC., and**
**AMAZON LOGISTICS, INC.,**

**Defendants.**

**Civil Action File**
**No. 1:25-CV-00095-VMC**

**JURY TRIAL DEMANDED**

**DEFENDANT AMAZON LOGISTICS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CONSOLIDATED FIFTH AMENDED COMPLAINT FOR DAMAGES**

COMES NOW Defendant Amazon Logistics, Inc. ("Amazon"), by and through undersigned counsel, and hereby files its Answer and Affirmative Defenses to Plaintiff's Consolidated Fifth Amended Complaint for Damages ("Plaintiff's Complaint"), showing this Honorable Court as follows:

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's complaint improperly associates and commingles Plaintiff's allegations against all defendants, thereby failing to delineate separate and distinct claims against each defendant.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief can be granted against Amazon.

## THIRD AFFIRMATIVE DEFENSE

No act or omission of Amazon either proximately caused or contributed to the injuries and/or damages Plaintiff contends he sustained in the subject accident, and on account thereof, Plaintiff is not entitled to recover any sum from Amazon.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Amazon may be barred in whole or in part by the doctrines of contributory and/or comparative negligence.

## FIFTH AFFIRMATIVE DEFENSE

To the extent Plaintiff's injuries or damages claimed were caused, in whole or in part, by the negligence, acts, failures, or other conduct of third parties over which Amazon had no control, Plaintiff is not entitled to recover any sum of Amazon.

## SIXTH AFFIRMATIVE DEFENSE

No acts or omissions by Amazon were an actual cause, legal cause, contributing cause, substantial factor, or proximate cause with respect to the damages, if any, sustained by Plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff's alleged injuries may have been pre-existing, in whole or in part, Plaintiff's damages should be reduced accordingly.

## EIGHTH AFFIRMATIVE DEFENSE

The causes of action asserted against Amazon are precluded because the damages, if any, sustained by Plaintiff were solely and proximately caused by superseding causes and/or by independent intervening causes outside the control of Amazon.

## NINTH AFFIRMATIVE DEFENSE

If Amazon acted or failed to act as alleged in Plaintiff's Complaint, there were superseding, separate and intervening acts or failures to act on the part of a person or entity other than Amazon that were the sole and proximate cause of the damages or injuries alleged in Plaintiff's Complaint; therefore, Plaintiff is not entitled to recover any sum of Amazon.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff has an obligation to mitigate his damages. To the extent Plaintiff has not done so, Amazon is entitled to a credit or setoff against any amount awarded to Plaintiff in the amount of the damages that could have been reasonably avoided by Plaintiff.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to state facts sufficient to entitle them to an award of compensatory damages or attorneys' fees and expenses from Amazon.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff's failure to specifically plead special damages bars their recovery. Fed. R. Civ. P. 9(g).

**THIRTEENTH AFFIRMATIVE DEFENSE**

Amazon reserves all defenses related to personal jurisdiction and venue.

**FOURTEENTH AFFIRMATIVE DEFENSE**

To avoid waiving affirmative defenses which may subsequently develop, Amazon states that Plaintiff's Complaint may be barred by the affirmative defenses stated in Fed. R. Civ. P. 8(c).

**FIFTHTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims in this case are preempted by terms of 49 U.S.C.A. § 30106 et seq. which is commonly known as the Graves Amendment.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Amazon denies having acted in bad faith, having been stubbornly litigious, or having caused Plaintiffs unnecessary trouble and expense. Accordingly, Plaintiffs are not entitled to expenses of litigation or attorneys' fees as part of their damages, if any.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims for attorneys' fees and expenses of litigation under O.C.G.A. § 13-6-11 are barred by the existence of a bona fide dispute as to liability and/or damages.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

There is no legal or factual basis for Plaintiffs to recover attorney's fees or litigation expenses from Amazon pursuant to O.C.G.A. § 13-6-11.

**NINETEENTH AFFIRMATIVE DEFENSE**

Amazon reserves the right to supplement these affirmative defenses at any time prior to trial.

**ANSWER**

Further answering the paragraphs of Plaintiff's Complaint, Amazon specially answers as follows:

**RESPONSE TO I. PARTIES AND VENUE**

1.

Amazon is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 1 of Plaintiff's Complaint; and, therefore, denies the same.

2.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 2 of Plaintiff's Complaint; and, therefore, denies the same.

3.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 3 of Plaintiff's Complaint; and, therefore, denies the same.

4.

Amazon admits only that it is a Delaware corporation authorized to conduct business in Georgia. Except as expressly admitted, Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations contained in Paragraph No. 4 of Plaintiff's Complaint; and, therefore, denies the same.

5.

Amazon admits jurisdiction and venue are proper in so far as the case is presently framed.

**RESPONSE TO II. FACTUAL ALLEGATIONS**

6.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 6 of Plaintiff's Complaint; and, therefore, denies the same.

7.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 7 of Plaintiff's Complaint; and, therefore, denies the same.

8.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 8 of Plaintiff's Complaint; and, therefore, denies the same.

9.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 9 of Plaintiff's Complaint; and, therefore, denies the same.

10.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 10 of Plaintiff's Complaint; and, therefore, denies the same.

11.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 11 of Plaintiff's Complaint; and, therefore, denies the same.

12.

Amazon admits only that it did not employ Thomas. Except as expressly admitted, Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations contained in Paragraph No. 12 of Plaintiff's Complaint; and, therefore, denies the same.

13.

Amazon denies the allegations contained in Paragraph No. 13 of Plaintiff's Complaint.

14.

Amazon denies the allegations contained in Paragraph No. 14 of Plaintiff's Complaint.

15.

Plaintiff's allegations contained in Paragraph No. 15 of Plaintiff's Complaint speak for themselves and require no response from Amazon as stated. To the extent further response is required, Amazon denies the allegations contained in Paragraph No. 15 of Plaintiff's Complaint.

16.

Plaintiff's allegations contained in Paragraph No. 16 of Plaintiff's Complaint speak for themselves and require no response from Amazon as stated. To the extent further response is required, Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 16 of Plaintiff's Complaint. Therefore, these allegations are denied

17.

The allegations in Paragraph No. 17 of Plaintiff's Complaint apply to a different defendant and require no response from Amazon. To the extent further response is required, Amazon denies it is a tortfeasor, joint or otherwise, and is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 17 of Plaintiff's Complaint. Therefore, these allegations are denied

18.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 18 of Plaintiff's Complaint; and, therefore, denies the same.

19.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 19 of Plaintiff's Complaint; and, therefore, denies the same.

20.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 20 of Plaintiff's Complaint; and, therefore, denies the same.

**RESPONSE TO COUNT ONE – NEGLIGENCE**
(Defendant T'Ziah Thomas)

21.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 20 as if they were restated verbatim herein.

22.

The allegations in Paragraph No. 22 of Plaintiff's Complaint apply to a different defendant, call for legal conclusions, and require no response from Amazon. To the extent further response is required, Amazon denies it is a tortfeasor,

joint or otherwise, and is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 22 of Plaintiff's Complaint. Therefore, these allegations are denied.

23.

The allegations in Paragraph No. 23 of Plaintiff's Complaint apply to a different defendant, call for legal conclusions, and require no response from Amazon. To the extent further response is required, Amazon denies it is a tortfeasor, joint or otherwise, and is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 23, including subparagraphs (a) through (h), of Plaintiff's Complaint. Therefore, these allegations are denied.

24.

The allegations in Paragraph No. 24 of Plaintiff's Complaint apply to a different defendant and require no response from Amazon. To the extent further response is required, Amazon denies it is a tortfeasor, joint or otherwise, and is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 24 of Plaintiff's Complaint. Therefore, these allegations are denied.

25.

Amazon denies the allegations contained in Paragraph No. 25 of Plaintiff's Complaint.

**RESPONSE TO COUNT TWO – NEGLIGENCE PER SE**
(Defendant T'Ziah Thomas)

26.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 25 as if they were restated verbatim herein.

27.

The allegations in Paragraph No. 27 of Plaintiff's Complaint apply to a different defendant, call for legal conclusions, and require no response from Amazon. To the extent further response is required, Amazon denies it is a tortfeasor, joint or otherwise, and is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 27 of Plaintiff's Complaint. Therefore, these allegations are denied.

28.

The allegations in Paragraph No. 28 of Plaintiff's Complaint call for legal conclusions and require no response from Amazon. To the extent further response is required, Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 28 of Plaintiff's Complaint. Therefore, these allegations are denied.

29.

The allegations in Paragraph No. 29 of Plaintiff's Complaint apply to a different defendant and require no response from Amazon. To the extent further response is required, Amazon denies it is a tortfeasor, joint or otherwise, and is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 29 of Plaintiff's Complaint. Therefore, these allegations are denied.

30.

Amazon denies the allegations contained in Paragraph No. 30 of Plaintiff's Complaint.

**RESPONSE TO COUNT THREE – IMPUTED LIABILITY / RESPONDEAT SUPERIOR**
(Defendant Bullard Logistics, LLC)

31.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 30 as if they were restated verbatim herein.

32.

Amazon admits only that it did not employ Thomas. Except as expressly admitted, Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations contained in Paragraph No. 32 of Plaintiff's Complaint; and, therefore, denies the same.

33.

The allegations in Paragraph No. 33 of Plaintiff's Complaint apply to a different defendant, call for legal conclusions, and require no response from Amazon. To the extent further response is required, Amazon denies it is a tortfeasor, joint or otherwise, and is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 33 of Plaintiff's Complaint. Therefore, these allegations are denied.

**RESPONSE TO COUNT FOUR – IMPUTED LIABILITY / RESPONDEAT SUPERIOR**

(Defendant Amazon Logistics, Inc.)

34.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 33 as if they were restated verbatim herein.

35.

Amazon denies the allegations contained in Paragraph No. 35 of Plaintiff's Complaint.

36.

Plaintiff's allegations contained in Paragraph No. 36 of Plaintiff's Complaint speak for themselves and require no response from Amazon as stated. To the extent further response is required, Amazon denies the allegations contained in Paragraph No. 36 of Plaintiff's Complaint.

37.

Amazon denies the allegations contained in Paragraph No. 37 of Plaintiff's Complaint.

**RESPONSE TO COUNT FIVE – NEGLIGENT HIRING, TRAINING, AND SUPERVISION**
(Defendant Bullard Logistics, LLC)

38.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 37 as if they were restated verbatim herein.

39.

The allegations in Paragraph No. 39 of Plaintiff's Complaint apply to a different defendant, call for legal conclusions, and require no response from Amazon. To the extent further response is required, Amazon denies it is a tortfeasor, joint or otherwise, and is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 39 of Plaintiff's Complaint. Therefore, these allegations are denied.

40.

The allegations in Paragraph No. 40 of Plaintiff's Complaint apply to a different defendant, call for legal conclusions, and require no response from Amazon. To the extent further response is required, Amazon denies it is a tortfeasor, joint or otherwise, and is without sufficient knowledge or information upon which

to form a belief as to the truth of the allegations contained in Paragraph No. 40 of Plaintiff's Complaint. Therefore, these allegations are denied.

41.

The allegations in Paragraph No. 41 of Plaintiff's Complaint apply to a different defendant, and require no response from Amazon. To the extent further response is required, Amazon denies it is a tortfeasor, joint or otherwise, and is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 41 of Plaintiff's Complaint. Therefore, these allegations are denied.

**RESPONSE TO COUNT SIX – NEGLIGENCE IN CREATING AND MANAGING THE DSP PROGRAM**
(Defendant Amazon Logistics, Inc.)

42.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 41 as if they were restated verbatim herein.

43.

The allegations in Paragraph No. 43 of Plaintiff's Complaint call for a legal conclusion and require no response from Amazon. To the extent further response is required, Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 43 of Plaintiff's Complaint. Therefore, these allegations are denied.

44.

Amazon denies the allegations contained in Paragraph No. 44 of Plaintiff's Complaint.

45.

Amazon denies the allegations contained in Paragraph No. 45 of Plaintiff's Complaint.

46.

Amazon denies the allegations contained in Paragraph No. 46 of Plaintiff's Complaint.

**RESPONSE TO COUNT SEVEN – GROSS NEGLIGENCE**
(Defendant Amazon Logistics, Inc.)

47.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 46 as if they were restated verbatim herein.

48.

Plaintiff's allegations contained in Paragraph No. 48 of Plaintiff's Complaint speak for themselves and require no response from Amazon as stated. To the extent further response is required, Amazon denies the allegations contained in Paragraph No. 48 of Plaintiff's Complaint.

49.

Plaintiff's allegations contained in Paragraph No. 49 of Plaintiff's Complaint speak for themselves and require no response from Amazon as stated. To the extent further response is required, Amazon denies the allegations contained in Paragraph No. 49 of Plaintiff's Complaint.

50.

Amazon denies the allegations contained in Paragraph No. 50 of Plaintiff's Complaint.

**RESPONSE TO COUNT NINE – APPARENT OR OSTENSIBLE AGENCY**
(Defendant Amazon Logistics, Inc.)

51.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 50 as if they were restated verbatim herein.

52.

Amazon denies the allegations contained in Paragraph No. 52 of Plaintiff's Complaint.

53.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 53 of Plaintiff's Complaint; and, therefore, denies the same.

54.

Amazon admits the allegations contained in Paragraph No. 54 of Plaintiff's Complaint.

55.

Plaintiff's allegations contained in Paragraph No. 55 of Plaintiff's Complaint speak for themselves and require no response from Amazon as stated. To the extent further response is required, Amazon denies the allegations contained in Paragraph No. 55 of Plaintiff's Complaint.

**RESPONSE TOCOUNT ELEVEN – DIRECT LIABILITY FOR UNSAFE POLICIES**

(Defendant Amazon Logistics, Inc.)

56.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 55 as if they were restated verbatim herein.

57.

Amazon denies the allegations contained in Paragraph No. 57 of Plaintiff's Complaint.

58.

Amazon denies the allegations contained in Paragraph No. 58 of Plaintiff's Complaint.

**RESPONSE TO COUNT TWELVE – BREACH OF NON-DELEGABLE DUTY**
(Defendant Amazon Logistics, Inc.)

59.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 58 as if they were restated verbatim herein.

60.

Plaintiff's allegations contained in Paragraph No. 67 of Plaintiff's Complaint speak for themselves and require no response from Amazon as stated. To the extent further response is required, Amazon denies the allegations contained in Paragraph No. 60 of Plaintiff's Complaint.

61.

The allegations in Paragraph No. 61 of Plaintiff's Complaint call for legal conclusions and require no response from Amazon. To the extent a response is required, Amazon denies the allegations contained in Paragraph No. 61 of Plaintiff's Complaint.

**RESPONSE TO COUNT TWENTY – DAMAGES**
(Against All Defendants, as applicable)

62.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 61 as if they were restated verbatim herein.

63.

Amazon denies the allegations contained in Paragraph No. 63 of Plaintiff's Complaint.

64.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 64 of Plaintiff's Complaint; and, therefore, denies the same.

65.

Amazon is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in Paragraph No. 65 of Plaintiff's Complaint; and, therefore, denies the same.

**RESPONSE TO COUNT TWENTY-TWO – EXPENSES OF LITIGATION**
(Against Defendants, as authorized by law)

66.

Amazon incorporates its responses and defenses to the allegations contained in Paragraph Nos. 1 through 65 as if they were restated verbatim herein.

67.

Plaintiff's allegations contained in Paragraph No. 67 of Plaintiff's Complaint speak for themselves and require no response from Amazon as stated. To the extent

further response is required, Amazon denies Plaintiff is entitled to recover from Amazon.

68.

Plaintiff's allegations contained in Paragraph No. 68 of Plaintiff's Complaint speak for themselves and require no response from Amazon as stated. To the extent further response is required, Amazon denies Plaintiff is entitled to recover from Amazon.

**IN RESPONSE TO PRAYER FOR RELIEF**

69.

Amazon denies each of the allegations and claims for relief contained in the unnumbered "WHEREFORE" paragraph immediately following paragraph 68 of Plaintiff's Complaint, including subsections (a) – (f).

70.

Amazon denies all allegations in Plaintiff's Complaint not expressly admitted herein.

WHEREFORE, having fully responded to Plaintiff's Complaint, Amazon respectfully prays for the following relief from this Honorable Court:

(a) that Plaintiff's claims against it be dismissed;

(b) judgement be entered in favor Amazon;

(c) a trial by a jury of twelve (12);

(d) that all costs and fees associated with this action be taxed against Plaintiff; and

(e) for such other and further relief this Court deems just and proper.

Respectfully submitted this 13th day of October, 2026.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Marvis L. Jenkins*

R. Dal Burton
Georgia Bar No. 097890
Marvis L. Jenkins
Georgia Bar No. 910827
Dylan Annis
Georgia Bar No. 381781
*Counsel for Amazon Logistics, Inc.*

3348 Peachtree Road N.E.
Suite 1400
Atlanta, Georgia 30326
Phone: (470) 419-6650
Fax: (470) 419-6651
dal.burton@wilsonelser.com
marvis.jenkins@wilsonelser.com
dylan.annis@wilsonelser.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing ***DEFENDANT AMAZON LOGISTICS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CONSOLIDATED FIFTH AMENDED COMPLAINT FOR DAMAGES*** was served by providing Notice of this filing by electronically filing a Certificate of Service through CM/ECF, this Court's electronic filing system, and by providing the stated pleading via Statutory Service electronic mail to the following:

Harold Harris
9950 W. Tropicana Ave., #3104
Las Vegas, Nevada 89147
Haroldharris2025@gmail.com
*Pro Se Plaintiff*

Jason D. Hergenroether, Esq.
Erin P. McGonigle, Esq.
McAngus Goudelock & Courie, LLC
270 Peachtree Street, NW; Ste. 1800
Atlanta, Georgia 30343
Jason.hergentoether@mgclaw.com
Eric.mcgonigle@mcglaw.com
*Counsel for Defendants Bullard Logistics, LLC and T'ziah Thomas*

and via First Class U.S. Mail to:

Harold Harris
9950 W. Tropicana Ave., #3104
Las Vegas, Nevada 89147
*Pro Se Plaintiff*

Respectfully submitted this 13th day of October, 2026.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Marvis L. Jenkins*
R. Dal Burton
Georgia Bar No. 097890
Marvis L. Jenkins
Georgia Bar No. 910827
Dylan Annis
Georgia Bar No. 381781
*Counsel for Amazon Logistics, Inc.*

3348 Peachtree Road N.E.
Suite 1400
Atlanta, Georgia 30326
Phone: (470) 419-6650
Fax: (470) 419-6651
dal.burton@wilsonelser.com
marvis.jenkins@wilsonelser.com
dylan.annis@wilsonelser.com

## CERTIFICATE OF FONT COMPLIANCE

Pursuant to LR 7.1(D), Counsel for Defendant Amazon Logistics, Inc. hereby certifies that the foregoing brief has been prepared with Times New Roman 14-point font.

Respectfully submitted this 13th day of October, 2026.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Marvis L. Jenkins*
R. Dal Burton
Georgia Bar No. 097890
Marvis L. Jenkins
Georgia Bar No. 910827
Dylan Annis
Georgia Bar No. 381781
*Counsel for Amazon Logistics, Inc.*

3348 Peachtree Road N.E.
Suite 1400
Atlanta, Georgia 30326
Phone: (470) 419-6650
Fax: (470) 419-6651
dal.burton@wilsonelser.com
marvis.jenkins@wilsonelser.com
dylan.annis@wilsonelser.com