**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

HARALD HARRIS,

Plaintiff,

v.

T'ZIAH THOMAS, BULLARD LOGISTICS, LLC, and AMAZON LOGISTICS, INC.,

Defendants.

Civil Action No.
1:25-cv-00095-VMC

**ORDER**

This matter is before the Court on Defendants T'Ziah Thomas and Bullard Logistics, LLC's amended response to the Court's September 2, 2026, show cause directive. (*See* Docs. 114; 125). Upon consideration of Defendants' response, the Court finds that diversity jurisdiction is met. (*See* Doc. 125 ¶¶ 6–9). Accordingly, the Parties are **DIRECTED** to file their Joint Preliminary Report and Discovery Plans within **FOURTEEN (14) DAYS** from entry of this Order.[1]

**SO ORDERED** this 3rd day of November, 2026.

Victoria Marie Calvert
United States District Judge

[1] Plaintiff, as a *pro se* litigant, is "permitted to file [a] separate statement[]." *See* LR 16.2, NDGa.